IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RODERICK O. TODD,** | : |
| Plaintiff, | : |
| vs. | :    CA 07-0255-CG-C |
| **MICHAEL J. ASTRUE,** | : |
| **Commissioner of Social Security,** | |
| | : |
| Defendant. | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff be awarded reasonable attorney's fees in the amount of $1,583.04 under the Equal Access to Justice Act, representing compensation for 9.6 hours of service by Colin E. Kemmerly, Esquire, at the cost-of-living-adjusted rate of $164.90 per hour.

**DONE and ORDERED** this 17th day of March, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE